UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity, but solely as TRUSTEE FOR MFRA TRUST 2015-2,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA MARTINEZ, et al.,<br><br>    Defendants. | No. 5:20-CV-254-H-BQ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge D. Gordon Bryant, Jr. made Findings, Conclusions, and a Recommendation (FCR) in this case on December 23, 2020. *See* Dkt. No. 13. Judge Bryant recommended that the Court grant the plaintiff's Motion for Default Judgment, Dkt. No. 11, and enter a default judgment granting Wilmington Trust's requested relief. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for clear error. Finding none, the Court accepts the FCR of the United States Magistrate Judge.

Wilmington Trust's Motion for Default Judgment is granted. The Court will enter a default judgment in accordance with Federal Rule of Civil Procedure 58 in a separate document. In accordance with the recommendation of the United States Magistrate Judge, the Court finds that Wilmington Trust is entitled to attorney's fees but will determine the amount of attorney's fees post-judgment pursuant to a motion filed under Federal Rule of Civil Procedure 54(d)(2).

So ordered on February 19, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE